EXHIBIT A

1
2  RICHARD ALEXANDER, Cal. Bar #48432
   JEFFREY W/ RICKARD, Cal. Bar #125180
3  RYAN M. HAGAN, Cal Bar #200850
   ALEXANDER, HAWES & AUDET, LLP
4  152 North Third Street, Suite 600
   San Jose, CA 95112
5  Telephone:  (408) 289-1776
   Facsimile:   (408) 287-1776
6  **Attorneys for Plaintiff(s)**

7  RANDALL C. CREECH, Cal. Bar #65542
   CREECH, LIEBOW & KRAUS
8  333 West San Carlos Street
   Suite 1600
9  San Jose, CA  95110
   Telephone:  (408) 993-9911
10 Facsimile:   (408) 993-1335

11 THOMAS M. CARNEY, admitted *pro hac vice*
   CAROL A. RUTTER, admitted *pro hac vice*
12 HUSCH & EPPENBERGER, LLC
13 190 Carondelet Plaza, Suite 600
   St. Louis, MO  63105-3441
14 Telephone:  (314) 480-1500
   Facsimile:   (314) 480-1505
15 **Attorneys for Defendant Olin Corporation**

16            UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
17

18 GLEN WEBB AND GAIL WEBB ,      )   Case No.:  C 03-05198 RMW
                                  )
19           Plaintiffs,          )   **STIPULATION FOR DISMISSAL WITH**
                                  )   **PREJUDICE OF DEFENDANT OLIN**
20 v.                             )   **CORPORATION BY PLAINTIFFS**
                                  )   **GLEN WEBB AND GAIL WEBB**
21 OLIN CORPORATION, et al.,      )
                                  )
22                                )
           Defendants.            )
23                                )
                                  )
24 _____)

25
26      Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Glen Webb and Gail Webb  and

27 Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P.

28 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Glen

---
2056898.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Glen Webb and Gail Webb  - 1**

1  Webb and Gail Webb as to defendant Olin Corporation. All parties to bear their own costs
2  and legal fees incurred to date in this action.
3  Dated: 8/4/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

Attorneys for Plaintiffs Glen Webb and Gail Webb

HUSCH & EPPENBERGER, LLC

By: /s/ Carol A. Rutter
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

2056898.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Glen Webb and Gail Webb - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| GLEN WEBB AND GAIL WEBB, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-05198 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS GLEN WEBB AND GAIL WEBB** |

THIS MATTER coming on the motion of Plaintiffs Glen Webb and Gail Webb and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Glen Webb and Gail Webb's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005 

2056898.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Glen Webb and Gail Webb - 3**